Form oscelig (06/2022)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

In
Re:

Norman Authur Cooley and Peeraphan K Cooley

Debtor(s).

Case Number: 26–41511–MJH
Chapter: 13

## ORDER TO SHOW CAUSE FOR ELIGIBILITY FOR DISCHARGE

A review of the Court records indicates that the Debtor(s) received a discharge in a prior case within the time period specified under 11 U.S.C. § 727(a)(8), § 727(a)(9), § 1328(f)(1), or § 1328(f)(2). Accordingly, it is here by

ORDERED that the Debtor(s) Norman Authur Cooley and Peeraphan K Cooley, appear before the Court on **June 25, 2026 at 1:00 PM via ZoomGov. See the court's website www.wawb.uscourts for Judge Heston's Vancouver Calendar ZOOMGOV ACCESS INFORMATION** to show cause why the Debtor(s) should be found eligible to receive a discharge in this case.

Failure to appear at the show cause hearing noted above will result in a determination that the Debtor(s) are ineligible for a discharge and, at completion, this case will be closed without entry of a discharge. **If you agree that the Debtor(s) are ineligible for a discharge, you do not need to appear at the hearing.**

Dated: 5/22/26

Sarah E. Bogosian
Clerk of the Bankruptcy Court