| Debtor 1 | **Norman** | **Authur** | **Cooley** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Peeraphan** | **K** | **Cooley** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Western** _____ District of _____ **Washington** _____

Case number   **26-41511-MJH**

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property                                        12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

**What is the property?** Check all that apply.

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

1.1 **10304 Ne 9th St**
Street address, if available, or other description

**Vancouver, WA 98664-3870**
City          State          ZIP Code

**Clark**
County

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $479,000.00 | $479,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☑ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** _____

**Source of Value:** **Recent CMA value**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here ..................................................................... → $479,000.00

| Part 2: | Describe Your Vehicles |
|---|---|

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

   ☐ No
   ☑ Yes

3.1 Make: **Chevy**

Model: **Silverado**

Year: **2004**

Approximate mileage: **228k**

Other information:

> **Body and interior damage. Best estimate listed**

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $2,500.00 | $2,500.00 |

If you own or have more than one, describe here:

3.2 Make: **Chevy**

Model: **Equinox**

Year: **2014**

Approximate mileage: **200**

Other information:

> **Value based on purchase price**

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $2,700.00 | $2,700.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

4.1 Make:

Model:

Year:

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| | |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ................................................................................................ ➜

$5,200.00

## Part 3:     Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6.**    **Household goods and furnishings**

*Examples:*   Major appliances, furniture, linens, china, kitchenware

☐ No

☑ Yes. Describe. .........

| | |
|---|---|
| **Kitchenware, fridge, washer & dryer, furnished family room, 2 furnished bedrooms, garage & lawn tools, misc. furnishings** | $400.00 |

**7.**    **Electronics**

*Examples:*   Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

☑ Yes. Describe. .........

| | |
|---|---|
| **2 TV, 2 smartphones, computer** | $200.00 |

**8.**    **Collectibles of value**

*Examples:*   Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No

☐ Yes. Describe. .........

**9.**    **Equipment for sports and hobbies**

*Examples:*   Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No

☑ Yes. Describe. .........

| | |
|---|---|
| **Bike, 2 sets golf clubs** | $250.00 |

**10.**    **Firearms**

*Examples:*   Pistols, rifles, shotguns, ammunition, and related equipment

☐ No

☑ Yes. Describe. .........

| | |
|---|---|
| **AR15, shotgun, 9mm pistol** | $500.00 |

**11.**    **Clothes**

*Examples:*   Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes. Describe. .........

| | |
|---|---|
| **Clothing** | $700.00 |

**12.**    **Jewelry**

*Examples:*   Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes. Describe. .........

| | |
|---|---|
| **Wedding ring, costume jewelry** | $200.00 |

13. **Non-farm animals**

   *Examples:*  Dogs, cats, birds, horses

   ☐ No

   ☑ Yes. Describe. .........

   | 2 dogs |
   |---|

   unknown

14. **Any other personal and household items you did not already list, including any health aids you did not list**

   ☑ No

   ☐ Yes. Give specific
   information. .............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
   for Part 3. Write that number here** ..............................................................................................................  ➔

   $2,250.00

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

   *Examples:*  Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☐ No

   ☑ Yes ................................................................................................................................................  Cash: ...................     $30.00

17. **Deposits of money**

   *Examples:*  Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No

   ☑ Yes .....................                        Institution name:

   | | Institution name: | Value |
   |---|---|---|
   | 17.1. Checking account: | Key Bank | $5.00 |
   | 17.2. Checking account: | US Bank | $18.00 |
   | 17.3. Savings account: | Key Bank | $0.00 |
   | 17.4. Savings account: | US Bank | $20.00 |
   | 17.5. Other financial account: | CashApp (transactional use only, no balance) | $0.00 |
   | 17.6. Other financial account: | CashApp (transactional use only, no balance) | $0.00 |
   | 17.7. Other financial account: | Paypal (transactional use only, no balance) | $0.00 |
   | 17.8. Other financial account: | Paypal (transactional use only, no balance) | $0.00 |

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:*  Bond funds, investment accounts with brokerage firms, money market accounts

    ☐ No

    ☑ Yes ..................... Institution or issuer name:

    | | |
    |---|---|
    | **Robinhood** | **$495.00** |
    | **Stash** | **$157.00** |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No

    ☐ Yes. Give specific information about them.................... Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No

    ☐ Yes. Give specific information about them.................... Issuer name:

21. **Retirement or pension accounts**

    *Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No

    ☑ Yes. List each account separately. Type of account:        Institution name:

    | | | |
    |---|---|---|
    | IRA: | **Stash** | **$964.00** |

Case 26-41511-MJH    Doc 16    Filed 06/05/26    Ent. 06/05/26 22:29:09    Pg. 5 of 45

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

❑ Yes ......................                                  Institution name or individual:

Electric: _____    _____

Gas: _____    _____

Heating oil: _____    _____

Security deposit on rental unit: _____    _____

Prepaid rent: _____    _____

Telephone: _____    _____

Water: _____    _____

Rented furniture: _____    _____

Other: _____    _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

❑ Yes .....................        Issuer name and description:

_____    _____

_____    _____

_____    _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

❑ Yes .....................        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____    _____

_____    _____

_____    _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

❑ Yes. Give specific
information about them. ...

_____

**26.** **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them. ...

**27.** **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them. ...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28.** **Tax refunds owed to you**

☐ No

☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...................

Debtors usually owe for taxes

Federal:          **unknown**

State:

Local:

**29.** **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information. ........

Alimony:

Maintenance:

Support:

Divorce settlement:

Property settlement:

**30.** **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........

31. **Interests in insurance policies**

    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No

    ❏ Yes. Name the insurance company
    of each policy and list its value. ...

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | _____ | _____ | _____ |
    | _____ | _____ | _____ |
    | _____ | _____ | _____ |

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No

    ❏ Yes. Give specific information. ........

    _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No

    ❏ Yes. Describe each claim. ..............

    _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No

    ❏ Yes. Describe each claim. ..............

    _____

35. **Any financial assets you did not already list**

    ❏ No

    ☑ Yes. Give specific information. ........

    Misc. property in storage used for trucking service (tools, sleeping, food, etc.)

    Unpaid wages

    $2,716.00

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...................................................................................................➜

    $4,405.00

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.

    ❏ Yes. Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

38.  **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe. .........

39.  **Office equipment, furnishings, and supplies**

*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe. .........

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe. .........

41.  **Inventory**

☑ No

☐ Yes. Describe. .........

42.  **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

Name of entity:                                         % of ownership:

43.  **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

☐ No

☐ Yes. Describe. .........

44.  **Any business-related property you did not already list**

☑ No

❑ Yes. Give specific
information .........

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here** .................................................................................................................. ➜  | $0.00 |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| | **If you own or have an interest in farmland, list it in Part 1.** |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

❑ Yes. Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

47.  **Farm animals**
*Examples:*  Livestock, poultry, farm-raised fish

☑ No

❑ Yes ..........................

48.  **Crops—either growing or harvested**

☑ No

❑ Yes. Give specific
information. ............

49.  **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

❑ Yes ..........................

50.  **Farm and fishing supplies, chemicals, and feed**

☑ No

❑ Yes ..........................

Case 26-41511-MJH   Doc 16   Filed 06/05/26   Ent. 06/05/26 22:29:09   Pg. 10 of 45

**51.**  **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific
   information. ............

**52.**  **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
   for Part 6. Write that number here** ...........................................................................................➜   **$0.00**

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

**53.**  **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific
   information. ............

**54.**  **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................➜   **$0.00**

| Part 8: | List the Totals of Each Part of this Form |

**55.**  **Part 1: Total real estate, line 2** ...............................................................................................................➜   **$479,000.00**

**56.**  **Part 2: Total vehicles, line 5**                                   **$5,200.00**

**57.**  **Part 3: Total personal and household items, line 15**             **$2,250.00**

**58.**  **Part 4: Total financial assets, line 36**                         **$4,405.00**

**59.**  **Part 5: Total business-related property, line 45**                **$0.00**

**60.**  **Part 6: Total farm- and fishing-related property, line 52**       **$0.00**

**61.**  **Part 7: Total other property not listed, line 54**          **+**   **$0.00**

**62.**  **Total personal property.** Add lines 56 through 61. ...............   **$11,855.00**   Copy personal property total ➜   **+** **$11,855.00**

**63.**  **Total of all property on Schedule A/B.** Add line 55 + line 62. .....................................................................   **$490,855.00**

| Debtor 1 | **Norman** | **Authur** | **Cooley** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Peeraphan** | **K** | **Cooley** | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: _____ **Western** _____ District of _____ **Washington**

Case number    **26-41511-MJH**
(if known)

❑ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt    04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ❑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **10304 Ne 9th St Vancouver, WA 98664-3870** | **$479,000.00** | ☑   **$109,925.00**<br><br>❑   100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.13.030(b)** |
| Line from *Schedule A/B:*   **1.1** | | | |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ❑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ❑ No
       ❑ Yes

| Debtor 1 | Norman | Authur | Cooley | Case number *(if known)* **26-41511-MJH** |
| Debtor 2 | **Peeraphan** | **K** | **Cooley** | |
| | First Name | Middle Name | Last Name | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 2:**</td><td>**Additional Page**</td></tr>
</table>

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2004 Chevy Silverado**<br>**Body and interior damage. Best estimate listed**<br>Line from *Schedule A/B:* 3.1 | $2,500.00 | ☑ $2,500.00<br>❑ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(d)(iv)** |
| Brief description: **2014 Chevy Equinox**<br>**Value based on purchase price**<br>Line from *Schedule A/B:* 3.2 | $2,700.00 | ☑ $2,700.00<br>❑ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(d)(iv)** |
| Brief description: **Kitchenware, fridge, washer & dryer, furnished family room, 2 furnished bedrooms, garage & lawn tools, misc. furnishings**<br>Line from *Schedule A/B:* 6 | $400.00 | ☑ $400.00<br>❑ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(d)(i)** |
| Brief description: **2 TV, 2 smartphones, computer**<br>Line from *Schedule A/B:* 7 | $200.00 | ☑ $200.00<br>❑ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(c)** |
| Brief description: **Bike, 2 sets golf clubs**<br>Line from *Schedule A/B:* 9 | $250.00 | ☑ $250.00<br>❑ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(d)(ii)** |

Case 26-41511-MJH    Doc 16    Filed 06/05/26    Ent. 06/05/26 22:29:09    Pg. 13 of 45

| Debtor 1 | Norman | Authur | Cooley | | Case number *(if known)* 26-41511-MJH |
| Debtor 2 | Peeraphan | K | Cooley | | |
| | First Name | Middle Name | Last Name | | |

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **AR15, shotgun, 9mm pistol** <br> Line from *Schedule A/B:* **10** | **$500.00** | ☑ **$500.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(d)(ii)** |
| Brief description: **Clothing** <br> Line from *Schedule A/B:* **11** | **$700.00** | ☑ **$700.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(a)** |
| Brief description: **Wedding ring, costume jewelry** <br> Line from *Schedule A/B:* **12** | **$200.00** | ☑ **$200.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(a)** |
| Brief description: **Cash** <br> Line from *Schedule A/B:* **16** | **$30.00** | ☑ **$30.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(d)(ii)** |
| Brief description: **US Bank** **Checking account** <br> Line from *Schedule A/B:* **17** | **$18.00** | ☑ **$18.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(d)(ii)** |
| Brief description: **US Bank** **Savings account** <br> Line from *Schedule A/B:* **17** | **$20.00** | ☑ **$20.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(d)(ii)** |
| Brief description: **Key Bank** **Checking account** <br> Line from *Schedule A/B:* **17** | **$5.00** | ☑ **$5.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(d)(ii)** |
| Brief description: **Robinhood** <br> Line from *Schedule A/B:* **18** | **$495.00** | ☑ **$495.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(d)(ii)** |
| Brief description: **Stash** <br> Line from *Schedule A/B:* **18** | **$157.00** | ☑ **$157.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(d)(ii)** |

Case 26-41511-MJH    Doc 16    Filed 06/05/26    Ent. 06/05/26 22:29:09    Pg. 14 of 45

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Stash**<br>Line from *Schedule A/B:* **21** | $964.00 | ☑ $964.00<br>❏ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(d)(ii)** |
| Brief description: **Misc. property in storage used for trucking service (tools, sleeping, food, etc.)**<br>Line from *Schedule A/B:* **35** | $360.00 | ☑ $360.00<br>❏ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(d)(ii)** |
| Brief description: **Unpaid wages**<br>Line from *Schedule A/B:* **35** | $2,356.00 | ☑ $2,356.00<br>❏ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code. § 6.15.010(1)(d)(ii)** |

Case 26-41511-MJH   Doc 16   Filed 06/05/26   Ent. 06/05/26 22:29:09   Pg. 15 of 45

| Debtor 1 | **Norman** | **Authur** | **Cooley** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Peeraphan** | **K** | **Cooley** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Western**   District of ___ **Washington**

Case number (if known) __**26-41511-MJH**__

❑ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1.  **Do any creditors have claims secured by your property?**

    ❑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List All Secured Claims** |
|---|---|

2.  **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** | **Unsecured portion** |
| | | Do not deduct the value of collateral. | | If any |

**2.1**

**Internal Revenue Service**
Creditor's Name

**Centralized Insolvency Ops**

**Po Box 7346 Po Box 7346**
Number          Street

**Philadelphia, PA 19101-7346**
City          State          ZIP Code

**Who owes the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Nature of lien.** Check all that apply.

❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

**Last 4 digits of account number** ___ ___ ___ ___

| Amount of claim | Value of collateral | Unsecured portion |
|---|---|---|
| $2,600.00 | $0.00 | $2,600.00 |

Add the dollar value of your entries in Column A on this page. Write that number here:          **$2,600.00**

Case 26-41511-MJH   Doc 16   Filed 06/05/26   Ent. 06/05/26 22:29:09   Pg. 16 of 45

| Debtor 1 | Norman | Authur | Cooley | | Case number *(if known)* 26-41511-MJH |
|---|---|---|---|---|---|
| Debtor 2 | Peeraphan | K | Cooley | | |
| | First Name | Middle Name | Last Name | | |

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**<br>If any |

### 2.2 M & T Bank

Creditor's Name

**Attn: Bankruptcy**

**PO Box 844**

Number          Street

**Buffalo, NY 14240-0844**

City          State          ZIP Code

**Describe the property that secures the claim:**

| 10304 Ne 9th St Vancouver, WA 98664-3870 |
|---|

Amount of claim: **$285,248.00**    Value of collateral: **$479,000.00**    Unsecured portion: **$0.00**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

### 2.3 Newrez

Creditor's Name

**Attn: Bankruptcy**

**PO Box 10826**

Number          Street

**Greenville, SC 29603-0826**

City          State          ZIP Code

**Describe the property that secures the claim:**

| 10304 Ne 9th St Vancouver, WA 98664-3870 |
|---|

Amount of claim: **$83,827.00**    Value of collateral: **$479,000.00**    Unsecured portion: **$0.00**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
☑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$369,075.00** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$371,675.00** |

Case 26-41511-MJH    Doc 16    Filed 06/05/26    Ent. 06/05/26 22:29:09    Pg. 17 of 45

| Debtor 1 | **Norman** | **Authur** | **Cooley** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Peeraphan** | **K** | **Cooley** | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: _____**Western**_____  District of ___**Washington**___

Case number   **26-41511-MJH**
(if known)

❑ Check if this is an
   amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B:* **Property (Official Form 106A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 106G). Do not include any creditors with partially secured claims that are listed in** *Schedule D: Creditors Who Have Claims Secured by Property.* **If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

| **Part 1:** | **List All of Your PRIORITY Unsecured Claims** |
|---|---|

1.  **Do any creditors have priority unsecured claims against you?**
    ☑ No. Go to Part 2.
    ❑ Yes.

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3.  **Do any creditors have nonpriority unsecured claims against you?**
    ☑ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
    ❑ Yes

Case 26-41511-MJH   Doc 16   Filed 06/05/26   Ent. 06/05/26 22:29:09   Pg. 18 of 45

| Debtor 1 | **Norman** | **Authur** | **Cooley** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Peeraphan** | **K** | **Cooley** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Western**_____ District of ____**Washington**____

Case number   **26-41511-MJH**
(if known)

❑ Check if this is an
amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ❑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** <br> Name <br><br> Number        Street <br><br> City            State            ZIP Code | |
| **2.2** <br> Name <br><br> Number        Street <br><br> City            State            ZIP Code | |
| **2.3** <br> Name <br><br> Number        Street <br><br> City            State            ZIP Code | |
| **2.4** <br> Name <br><br> Number        Street <br><br> City            State            ZIP Code | |

| Debtor 1 | **Norman** | **Authur** | **Cooley** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Peeraphan** | **K** | **Cooley** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Western** _____ District of _____ **Washington** _____

Case number  **26-41511-MJH**
(if known)

❑ Check if this is an
amended filing

## Official Form 106H

# Schedule H: Your Codebtors                                           12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No

   ❑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ❑ No. Go to line 3.

   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ❑ No

   ❑ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number              Street

   _____
   City              State              ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F,* **or** *Schedule G* **to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.1**

_____
Name

_____
Number              Street

_____
City              State              ZIP Code

❑ Schedule D, line _____

❑ Schedule E/F, line _____

❑ Schedule G, line _____

**3.2**

_____
Name

_____
Number              Street

_____
City              State              ZIP Code

❑ Schedule D, line _____

❑ Schedule E/F, line _____

❑ Schedule G, line _____

Case 26-41511-MJH    Doc 16    Filed 06/05/26    Ent. 06/05/26 22:29:09    Pg. 20 of 45

Debtor 1    **Norman**      **Authur**      **Cooley**

       First Name      Middle Name      Last Name

Debtor 2    **Peeraphan**      **K**      **Cooley**

(Spouse, if filing)    First Name      Middle Name      Last Name

United States Bankruptcy Court for the:    **Western**    District of    **Washington**

Case number    **26-41511-MJH**

(if known)

Check if this is:

❑ An amended filing

❑ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. **Fill in your employment information.**<br><br>If you have more than one job, attach a separate page with information about additional employers.<br><br>Include part-time, seasonal, or self-employed work.<br><br>Occupation may include student or homemaker, if it applies. | **Employment status** | ☑ Employed<br>❑ Not employed | ☑ Employed<br>❑ Not employed |
| | **Occupation** | | **Waitress** |
| | **Employer's name** | **111** | **JG Goodthai, LLC** |
| | **Employer's address** | Number   Street | **700 SE 169th Avenue**<br>Number   Street |
| | | City   State   ZIP Code | **Vancouver, WA 98683**<br>City   State   ZIP Code |
| | **How long employed there?** | | **7 years** |

## Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.    $0.00 | $5,104.67 |
| 3. **Estimate and list monthly overtime pay.** | 3. +   $0.00 | +   $0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4.    $0.00 | $5,104.67 |

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Copy line 4 here**............................................................................ ➔ 4. | $0.00 | $5,104.67 |
| 5. | **List all payroll deductions:** | | |
| | 5a. **Tax, Medicare, and Social Security deductions** 5a. | $0.00 | $1,029.17 |
| | 5b. **Mandatory contributions for retirement plans** 5b. | $0.00 | $0.00 |
| | 5c. **Voluntary contributions for retirement plans** 5c. | $0.00 | $0.00 |
| | 5d. **Required repayments of retirement fund loans** 5d. | $0.00 | $0.00 |
| | 5e. **Insurance** 5e. | $0.00 | $0.00 |
| | 5f. **Domestic support obligations** 5f. | $0.00 | $0.00 |
| | 5g. **Union dues** 5g. | $0.00 | $0.00 |
| | 5h. **Other deductions.** Specify: _____ 5h. + | $0.00 + | $0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. 6. | $0.00 | $1,029.17 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. 7. | $0.00 | $4,075.50 |
| 8. | **List all other income regularly received:** | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. 8a. | $510.00 | $0.00 |
| | 8b. **Interest and dividends** 8b. | $0.00 | $0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. 8c. | $0.00 | $0.00 |
| | 8d. **Unemployment compensation** 8d. | $0.00 | $0.00 |
| | 8e. **Social Security** 8e. | $1,125.00 | $0.00 |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ 8f. | $0.00 | $0.00 |
| | 8g. **Pension or retirement income** 8g. | $0.00 | $0.00 |
| | 8h. **Other monthly income.** Specify: _____ 8h. + | $0.00 + | $0.00 |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. 9. | $1,635.00 | $0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. 10. | $1,635.00 + | $4,075.50 = $5,710.50 |

Case 26-41511-MJH    Doc 16    Filed 06/05/26    Ent. 06/05/26 22:29:09    Pg. 22 of 45

| Debtor 1 | **Norman** | **Authur** | **Cooley** | | Case number *(if known)* **26-41511-MJH** |
|---|---|---|---|---|---|
| Debtor 2 | **Peeraphan** | **K** | **Cooley** | | |
| | First Name | Middle Name | Last Name | | |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

   Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

   Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

   Specify: _____     11. **+** _____ **$0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies

    12. **$5,710.50**

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

   ☑ No.
   ❑ Yes. Explain:

Case 26-41511-MJH    Doc 16    Filed 06/05/26    Ent. 06/05/26 22:29:09    Pg. 23 of 45

8a. Attached Statement

## Business Income

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

   1.  Gross Monthly Income:     **$510.00**

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

   2.  Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts

      TOTAL PAYMENTS TO SECURED CREDITORS     **$0.00**

   3.  Other Expenses

      TOTAL OTHER EXPENSES     **$0.00**

   4.  TOTAL MONTHLY EXPENSES (Add item 2 - 21)     **$0.00**

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

   5.  AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 1)     **$510.00**

Case 26-41511-MJH    Doc 16    Filed 06/05/26    Ent. 06/05/26 22:29:09    Pg. 24 of 45

Debtor 1    **Norman**           **Authur**          **Cooley**
            First Name           Middle Name         Last Name

Debtor 2    **Peeraphan**        **K**               **Cooley**
(Spouse, if filing)
            First Name           Middle Name         Last Name

United States Bankruptcy Court for the:    **Western District of Washington**

Case number    **26-41511-MJH**
(if known)

Check if this is:
❑ An amended filing
❑ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ❑ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

      ☑ No

      ❑ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**       ☑ No

   Do not list Debtor 1 and Debtor 2.       ❑ Yes. Fill out this information for each dependent..............

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ❑ No.  ❑ Yes. |
| _____ | _____ | ❑ No.  ❑ Yes. |
| _____ | _____ | ❑ No.  ❑ Yes. |
| _____ | _____ | ❑ No.  ❑ Yes. |
| _____ | _____ | ❑ No.  ❑ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**       ☑ No
   ❑ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.       4. _____ **$0.00**

   **If not included in line 4:**

   4a. Real estate taxes       4a. _____ **$0.00**

   4b. Property, homeowner's, or renter's insurance       4b. _____ **$0.00**

   4c. Home maintenance, repair, and upkeep expenses       4c. _____ **$0.00**

   4d. Homeowner's association or condominium dues       4d. _____ **$0.00**

Debtor 1    **Norman**      **Authur**      **Cooley**
Debtor 2    **Peeraphan**      **K**      **Cooley**      Case number *(if known)* **26-41511-MJH**

       First Name        Middle Name        Last Name

|  |  | Your expenses |
| --- | --- | --- |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $0.00 |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $250.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $150.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $300.00 |
| | 6d. Other. Specify: _____ | 6d. | $0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $750.00 |
| 8. | **Childcare and children's education costs** | 8. | $0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $225.00 |
| 10. | **Personal care products and services** | 10. | $125.00 |
| 11. | **Medical and dental expenses** | 11. | $100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $300.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $125.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $0.00 |
| | 15b. Health insurance | 15b. | $100.00 |
| | 15c. Vehicle insurance | 15c. | $200.00 |
| | 15d. Other insurance. Specify: _____ | 15d. | $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $0.00 |
| | 17c. Other. Specify: _____ | 17c. | $0.00 |
| | 17d. Other. Specify: _____ | 17d. | $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | 18. | $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| | 20a. Mortgages on other property | 20a. | $0.00 |
| | 20b. Real estate taxes | 20b. | $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $0.00 |

Case 26-41511-MJH    Doc 16    Filed 06/05/26    Ent. 06/05/26 22:29:09    Pg. 27 of 45

21. **Other.** Specify: _____     21.   + _____ **$0.00**

22. **Calculate your monthly expenses.**

   22a. Add lines 4 through 21.      22a.   _____ **$2,625.00**

   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.   _____ **$0.00**

   22c. Add line 22a and 22b. The result is your monthly expenses.    22c.   _____ **$2,625.00**

23. **Calculate your monthly net income.**

   23a. Copy line 12 (your combined monthly income) from *Schedule I*.    23a.   _____ **$5,710.50**

   23b. Copy your monthly expenses from line 22c above.    23b.   − _____ **$2,625.00**

   23c. Subtract your monthly expenses from your monthly income.
   The result is your *monthly net income.*    23c.   _____ **$3,085.50**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No.
   ☐ Yes.

| Debtor 1 | **Norman** | **Authur** | **Cooley** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Peeraphan** | **K** | **Cooley** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Western District of Washington**

Case number **26-41511-MJH**
(if known)

☐ Check if this is an
amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

## Part 1: Summarize Your Assets

| | **Your assets** <br> Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*........................................................................... | **$479,000.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.................................................................. | **$11,855.00** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*............................................................................ | **$490,855.00** |

## Part 2: Summarize Your Liabilities

| | **Your liabilities** <br> Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$371,675.00** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | **$0.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + **$0.00** |
| Your total liabilities | **$371,675.00** |

## Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*............................................................................. | **$5,710.50** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*...................................................................................... | **$2,625.00** |

Case 26-41511-MJH    Doc 16    Filed 06/05/26    Ent. 06/05/26 22:29:09    Pg. 29 of 45

| Debtor 1 | Norman | Authur | Cooley | |
|---|---|---|---|---|
| Debtor 2 | Peeraphan | K | Cooley | Case number *(if known)* **26-41511-MJH** |
| | First Name | Middle Name | Last Name | |

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   | | |
   |---|---|
   | | **$5,809.00** |

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

   | | Total claim |
   |---|---|
   | **From Part 4 on Schedule E/F, copy the following:** | |
   | 9a. Domestic support obligations (Copy line 6a.) | $0.00 |
   | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $0.00 |
   | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
   | 9d. Student loans. (Copy line 6f.) | $0.00 |
   | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
   | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
   | 9g. **Total**. Add lines 9a through 9f. | $0.00 |

Case 26-41511-MJH    Doc 16    Filed 06/05/26    Ent. 06/05/26 22:29:09    Pg. 30 of 45

Debtor 1      **Norman**      **Authur**      **Cooley**

                 First Name          Middle Name        Last Name

Debtor 2      **Peeraphan**      **K**      **Cooley**
(Spouse, if filing)

                 First Name          Middle Name        Last Name

United States Bankruptcy Court for the:      **Western District of Washington**

Case number      **26-41511-MJH**
(if known)

❑ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules     12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

❑ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

**X** /s/ **Norman Authur Cooley**             **X** /s/ **Peeraphan K Cooley**

Norman Authur Cooley, Debtor 1             Peeraphan K Cooley , Debtor 2

Date **06/05/2026**                      Date **06/05/2026**
      MM/ DD/ YYYY                            MM/ DD/ YYYY

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Norman** | **Authur** | **Cooley** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Peeraphan** | **K** | **Cooley** | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: **Western District of Washington**

Case number **26-41511-MJH**
(if known)

❑ Check if this is an
amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy 04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

❑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

❑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ❑ Same as Debtor 1 | ❑ Same as Debtor 1 |
| _____<br>Number    Street<br>_____<br>City          State  ZIP Code | From _____<br>To _____ | _____<br>Number    Street<br>_____<br>City          State  ZIP Code | From _____<br>To _____ |
| | | ❑ Same as Debtor 1 | ❑ Same as Debtor 1 |
| _____<br>Number    Street<br>_____<br>City          State  ZIP Code | From _____<br>To _____ | _____<br>Number    Street<br>_____<br>City          State  ZIP Code | From _____<br>To _____ |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**(*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

❑ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Case 26-41511-MJH   Doc 16   Filed 06/05/26   Ent. 06/05/26 22:29:09   Pg. 32 of 45

| **Part 2:** | **Explain the Sources of Your Income** |
| --- | --- |

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- |
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $40,005.00 |
| **For last calendar year:**<br>(January 1 to December 31, **2025** )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $20,517.00 | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $77,254.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, **2024** )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $55,963.00 | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $85,231.00 |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- |
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Social Security Benefits | $7,000.00 | | |
| **For last calendar year:**<br>(January 1 to December 31, **2025** )<br>YYYY | Social Security Benefits | $13,800.00 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2024** )<br>YYYY | Social Security Benefits | $9,788.00 | | |

Case 26-41511-MJH    Doc 16    Filed 06/05/26    Ent. 06/05/26 22:29:09    Pg. 33 of 45

| Debtor 1 | Norman | Authur | Cooley | |
|---|---|---|---|---|
| Debtor 2 | Peeraphan | K | Cooley | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* __26-41511-MJH__

**Part 3:  List Certain Payments You Made Before You Filed for Bankruptcy**

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

❏ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

❏ No. Go to line 7.

❏ Yes.  List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

❏ No. Go to line 7.

☑ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **M & T Bank** <br> Creditor's Name <br> **Attn: Bankruptcy** <br> **Po Box 844 Po Box 844** <br> Number Street <br> **Buffalo, NY 14240-0844** <br> City State ZIP Code | **05/01/2026** | **$6,129.00** | **$285,248.00** | ☑ Mortgage <br> ❏ Car <br> ❏ Credit card <br> ❏ Loan repayment <br> ❏ Suppliers or vendors <br> ❏ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

❏ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number Street | | | | |
| City State ZIP Code | | | | |

Case 26-41511-MJH    Doc 16    Filed 06/05/26    Ent. 06/05/26 22:29:09    Pg. 34 of 45

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number    Street | | | | |
| City    State    ZIP Code | | | | |

## Part 4:  Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **State Of Washington vs NORMAN COOLEY** | | **Clark Superior Court - Vancouver**<br>Court Name<br><br>Number    Street<br><br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | **36005** | | | |
| Case title | **Dynamic Collectors Incorporated vs NORMAN COOLEY, PEERAPHAN COOLEY** | **State Tax Warrant / Civil Judgment** | **Clark District Court - Vancouver**<br>Court Name<br><br>Number    Street<br><br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | **24C76222** | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.

☑ Yes. Fill in the information below.

| Debtor 1 | Norman | Authur | Cooley | | Case number (if known) | 26-41511-MJH |
| Debtor 2 | Peeraphan | K | Cooley | | | |
| | First Name | Middle Name | Last Name | | | |

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Fibre Federal Credit Union** Creditor's Name | **2016 Chevy Silverado 1500** | **10/01/2025** | **$21,000.00** |
| **Po Box 1234 / 822 Commerce Ave** Number Street | **Explain what happened** | | |
| **Longview, WA 98632** City State ZIP Code | ☑ Property was repossessed. ☐ Property was foreclosed. ☐ Property was garnished. ☐ Property was attached, seized, or levied. | | |

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Boeing Employees C U** Creditor's Name | **2021 Ford Bronco** | **02/01/2025** | **$38,000.00** |
| **Po Box 97050** Number Street | **Explain what happened** | | |
| **Seattle, WA 98124** City State ZIP Code | ☑ Property was repossessed. ☐ Property was foreclosed. ☐ Property was garnished. ☐ Property was attached, seized, or levied. | | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| Number Street | | | |
| City State ZIP Code | Last 4 digits of account number: XXXX–__ __ __ __ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

**Part 5: List Certain Gifts and Contributions**

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

Case 26-41511-MJH    Doc 16    Filed 06/05/26    Ent. 06/05/26 22:29:09    Pg. 36 of 45

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift | | _____<br>_____ | _____<br>_____ |
| _____<br>Number      Street | | | |
| _____<br>City                          State     ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____<br>Charity's Name | | _____<br>_____ | _____<br>_____ |
| _____<br>Number      Street | | | |
| _____<br>City                   State     ZIP Code | | | |

---

**Part 6:  List Certain Losses**

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No

☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| **Defrauded from $3k** | | __01/01/2026__ | __$0.00__ |

| Debtor 1 | Norman | Authur | Cooley |
|---|---|---|---|
| Debtor 2 | Peeraphan | K | Cooley |
| | First Name | Middle Name | Last Name |

Case number *(if known)* __26-41511-MJH__

## Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

**Grapevine Legal, LLC**
Person Who Was Paid

**1101 Broadway Street Suite 213**
Number     Street

**Vancouver, WA 98660**
City          State     ZIP Code

**steve@grapevinelegal.com**
Email or website address

_____
Person Who Made the Payment, if Not You

| Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|
| **Attorney Fees** | **12/01/2025** | **$1,500.00** |

**Legal Solutions**
Person Who Was Paid

**235 E 3rd Ave Suite C**
Number     Street

**Kettle Falls, WA 99141**
City          State     ZIP Code

_____
Email or website address

**Norman Cooley**
Person Who Made the Payment, if Not You

| Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|
| **Attorney's Fee and costs and filing fees** | **03/23/2026** | **$2,493.00** |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

_____
Person Who Was Paid

_____
Number     Street

_____

_____
City          State     ZIP Code

| Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|
| | | |
| | | |

Official Form 107       Statement of Financial Affairs for Individuals Filing for Bankruptcy       page 7

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number     Street | | | |
| City          State     ZIP Code | | | |
| Person's relationship to you _____ | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices.*)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | |

---

**Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

Case 26-41511-MJH    Doc 16    Filed 06/05/26    Ent. 06/05/26 22:29:09    Pg. 39 of 45

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution | XXXX– ___ ___ ___ ___ | ❏ Checking<br>❏ Savings<br>❏ Money market<br>❏ Brokerage<br>❏ Other ___ | | |
| Number     Street | | | | |
| City          State     ZIP Code | | | | |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

❏ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution | Name | | ❏ No<br>❏ Yes |
| Number     Street | Number     Street | | |
| City          State     ZIP Code | City               State     ZIP Code | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

❏ No

☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **TreasureChest Storage**<br>Name of Storage Facility | Name | Misc. trucking supplies | ❏ No<br>☑ Yes |
| **1588 State Hwy 71 Unit E 70**<br>Number     Street | Number     Street | | |
| **OK 73612**<br>City          State     ZIP Code | City               State     ZIP Code | | |

**Part 9:** **Identify Property You Hold or Control for Someone Else**

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| _____ Owner's Name | _____ Number     Street | | _____ |
| _____ Number     Street | _____ City               State     ZIP Code | | |
| _____ City          State     ZIP Code | | | |

**Part 10:** **Give Details About Environmental Information**

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____ Name of site | _____ Governmental unit | | _____ |
| _____ Number     Street | _____ Number     Street | | |
| _____ City          State     ZIP Code | _____ City          State     ZIP Code | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|

_____
**Name of site**

**Governmental unit**
_____

_____
**Number    Street**

**Number    Street**
_____

_____
**City**

**City          State      ZIP Code**

_____
**City          State     ZIP Code**

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

❏ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|

**Case title** _____

**Court Name**
_____

❏ Pending

❏ On appeal

❏ Concluded

_____
**Number    Street**

_____
**Case number**

**City          State      ZIP Code**

---

**Part 11:   Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

❏ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

❏ A partner in a partnership

❏ An officer, director, or managing executive of a corporation

❏ An owner of at least 5% of the voting or equity securities of a corporation

❏ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|

**Brother to Brother** _____
**Name**

**Local trucking**

EIN:  9  2 – 2  8  4  2  7  6  7

**10304 NE 9th Street** _____

| Name of accountant or bookkeeper | Dates business existed |
|---|---|

**Number    Street**

**Debtor**

From  **01/01/2024**  To _____

**Vancouver, WA 98664** _____
**City          State     ZIP Code**

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| | Date issued |
|---|---|

_____    _____
Name                                MM / DD / YYYY

_____
Number     Street

_____

_____
City                State     ZIP Code

---

**Part 12:  Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** /s/ Norman Authur Cooley          **X** /s/ Peeraphan K Cooley

Signature of Norman Authur Cooley, Debtor 1          Signature of Peeraphan K Cooley , Debtor 2

Date **06/05/2026**          Date **06/05/2026**

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____

Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# United States Bankruptcy Court
## Western District of Washington

**In re**     Cooley, Norman Authur

Cooley , Peeraphan K                                    Case No.     **26-41511-MJH**

**Debtor**                                              Chapter          **13**

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................     **$4500.00**

Prior to the filing of this statement I have received ...................................................................     **$2100.00**   plus 393.00 in ct fees & costs

Balance Due ...............................................................................................................................     **$2400.00**

2.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.    ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Page 1 of 2

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **06/05/2026** | **/s/ PAMELA LAMICA** |
|---|---|
| *Date* | PAMELA LAMICA |
| | *Signature of Attorney* |

Bar Number: 49267
Legal Solutions
235 E 3rd Ave Suite C
235 E 3rd Ave Suite C
Kettle Falls, WA 99141
Phone: (509) 738-9529

**Legal Solutions**

*Name of law firm*