Fill in this information to identify the case:

Debtor 1 Norman Authur Cooley

Debtor 2 Peeraphan K Cooley
(Spouse, if filing)

United States Bankruptcy Court for the Western District of WASHINGTON

Case number 26-41511-MJH

## **Official Form** 410S1

## Notice of Mortgage Payment Change **12/25**

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Saluda Grade Alternative Mortgage Trust 2022-SEQ2, U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware Trustee

**Court claim no.** (if known): NA

| Last 4 digits of any number you use to identify the debtor's account: 7369 | **Date of payment change:** Must be at least 21 days after date of this notice 07/01/2026 |
|---|---|
| | **New total payment** Principal, interest, and escrow if any $ 656.40 *For HELOC payment amounts, see Part 3* |

| **Part 1:** | **Escrow Account Payment Adjustment** |
|---|---|

**1. Will there be a change in the debtor's escrow account payment?**

☒ No

☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
_____

| Current escrow payment: | New escrow payment |
|---|---|

| **Part 2:** | **Mortgage Payment Adjustment** |
|---|---|

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ No

☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____

| Current interest rate: % | New interest rate: % |
|---|---|
| Current principal balance and interest payment: | New principal and interest payment: |

| **Part 3:** | **Annual HELOC Notice** |
|---|---|

**3. Will there be a change in the debtor's home-equity line of credit (HELOC) payment for the year going forward?**

☒ No

☐ Yes.

    Current HELOC Payment

    Reconciliation Amount  + or

                          -

| **Amount of Next payment (Including reconciliation amount)** |
| **Amount of the new payment thereafter(without reconciliation amount)** |

| **Part 4:** | **Other payment change** |

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No

☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
(Court approval may be required before the payment change can take effect.)

Reason for change: HELOC

| **Current mortgage payment: $787.68** | **New mortgage payment: $656.40** |

| **Part 5:** | **Sign Here** |

The person completing this Notice must sign it. Sign and Print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Vanessa De Leon Guerrero         Date: 6/10/26

Print: Vanessa De Leon Guerrero*         Title: Secured Creditor's Authorized Agent

Company: Hill Wallack LLP

Address: 21 Roszel Road (Mail Only)

Princeton, NJ 08540
City     State     Zip Code

Contact: 609-734-6349         Email: vguerrero@hillwallack.com

*Not licensed in the State of New Jersey. Licensed in the State of Texas.*

Official Form 410S1         **Notice of Mortgage Payment Change**

<b><u>CERTIFICATE OF SERVICE</u></b>

The undersigned certifies that on this 10th day of June 2026, a copy of the foregoing Notice of Payment Change was caused to be served via CM/ECF electronic filing or via First Class U.S. Mail upon the following:

**<u>VIA CM/ECF ELECTRONIC NOTICE</u>**

Pamela Lamica
Legal Solutions
235 E 3rd Ave.
Suite C
Kettle Falls, WA 99141
**Debtor Attorney**

**Michael G. Malaier**
5219 N Shirley St Ste 101
Ruston, WA 98407
**Trustee**

**United States Trustee**
700 Stewart St Ste 5103
Seattle, WA 98101
**U.S. Trustee**

**<u>VIA FIRST CLASS U.S. MAIL, POSTAGE PREPAID</u>**

**Norman Authur Cooley**
10304 NE 9th St
Vancouver, WA 986643870
**Debtor**

**Peeraphan K Cooley**
10304 NE 9th St
Vancouver, WA 986643870
**Joint Debtor**

By: */s/ Tolga Beyaz*
Tolga Beyaz
Hill Wallack LLP