United States Bankruptcy Court

Western District of Washington

In re:

Norman Authur Cooley

Peeraphan K Cooley

    Debtors

Case No. 26-41511-MJH

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0981-3

Date Rcvd: Jun 26, 2026

User: admin

Form ID: pdf

Page 1 of 2

Total Noticed: 6

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | #+ | Norman Authur Cooley, 10304 NE 9th St, Vancouver, WA 986643870, UNITED STATES 98664-3870 |
| jdb | #+ | Peeraphan K Cooley, 10304 NE 9th St, Vancouver, WA 986643870, UNITED STATES 98664-3870 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 26 2026 23:39:00 | Internal Revenue Service, 915 2nd Avenue MS W244, Seattle, WA 98174 |
| 957637235 | Email/PDF: OGCRegionXBankruptcy@Hud.Gov | Jun 26 2026 23:38:02 | U.S. Department of Housing and Urban Development, 909 First Avenue Suite 300, Seattle, WA 98104 |
| 957635227 | Email/Text: camanagement@mtb.com | Jun 26 2026 23:39:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 957635228 | Email/Text: mtgbk@shellpointmtg.com | Jun 26 2026 23:39:00 | Newrez, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Saluda Grade Alternative Mortgage Trust 2022-SEQ2, |
| 957635226 | * | Internal Revenue Service, Centralized Insolvency Ops, Po Box 7346 Po Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2026          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Dane Exnowski | on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Lance E Olsen | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  lolsen@ecf.courtdrive.com |
| Michael G. Malaier | ecfcomputer@chapter13tacoma.org |
| Pamela Lamica | on behalf of Debtor Norman Authur Cooley pamelalamica@aol.com |
| United States Trustee | USTPRegion18.SE.ECF@usdoj.gov |

TOTAL: 5

**Below is the Order of the Court.**



**Mary Jo Heston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

---

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re: Norman Authur Cooley and
Peeraphan K Cooley,

               Debtors.

**Case No. 26-41511-MJH**

**ORDER ON SHOW CAUSE
DETERMINING DEBTOR
INELIGIBLE FOR DISCHARGE**

This matter came before the Court on the Court's Order to Show Cause for Eligibility for Discharge (ECF No. 6). The Court having reviewed the file, considered responses received, and heard the arguments presented at the hearing, and having found that the Debtors received a discharge in a prior case within the time period specified under 11 U.S.C. § 727(a)(8), § 727(a)(9), § 1328(f)(1), or § 1328(f)(2); accordingly, it is hereby

**ORDERED** that the Debtors are ineligible to receive a discharge.

///End of Order///

ORDER ON SHOW CAUSE DETERMINING DEBTOR INELIGIBLE FOR
DISCHARGE - 1